UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                )
                                      )
William M. Dotterer                   )   CASE NO.: 24-04886-JJG-13
                                      )
Debtor                                )
                                      )

**AGREED MODIFICATION OF PLAN NOT SUBJECT TO NOTICE**

The parties hereto agree that the debtor's plan shall be amended to resolve an existing issue or objection. This amendment meets the requirements of 11 U.S.C. 1322 and becomes part of the debtor's plan without any necessity for notice herein. The agreement of the parties is:

1. Debtor shall pay $253.00 per month for 3 months.
2. Thereafter, beginning with the payment due January 9, 2025, Debtor shall pay $292.00 for 45 months.
3. The Plan term shall remain 48 months.
4. The new Plan base shall be $13,899.00.

WHEREFORE, the parties hereto have agreed to the above terms a modification of the plan as last submitted by the debtors herein.

DATE: 12/18/24           _____
                         CHAPTER 13 TRUSTEE (OR STAFF COUNSEL)

DATE: 12/18/2024         _____
                         DEBTOR'S COUNSEL

DATE: 12-18-24           _____
                         DEBTOR